**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF KENTUCKY**
**THE HONORABLE Gregory R. Schaaf**

IN RE:                                                                                           CASE NUMBER 21-51183

Carl Everett Boyd and Rozenna Wallace Boyd

## U.S. BANKRUPTCY JUDGE'S MINUTES OF HEARING

DATE: 03/03/2022                                                                     TIME: 09:30

ISSUE:

25    01/25/2022    Order Continuing Confirmation Hearing. Confirmation hearing to be held on 3/3/2022 at 09:30 AM at Lexington Courtroom, Ch. 13. (kay)

DISPOSITION:

PC

---

**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



**Signed By:**
*Gregory R. Schaaf*
**Bankruptcy Judge**
**Dated: Thursday, March 3, 2022**
(rah)